**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| TRUSTEES OF THE NATIONAL ELECTRICAL ANNUITY PLAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| VOGT ELECTRIC COMPANY, INC., | ) ) |
| Defendant. | ) ) |

Civil Action No. 8:21-cv-1811 (PX)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Trustees of the National Electrical Annuity Plan, by and through the undersigned counsel, hereby notice dismissal of this action. Defendant Vogt Electric Company, Inc. has not answered the Complaint, filed a motion for summary judgment, or otherwise defended.   Plaintiffs therefore notice dismissal of this action pursuant to Rule 41(a)(1)(A)(i).

For the foregoing reasons, Plaintiffs respectfully request this Court to enter its Notice of Dismissal and to dismiss this action without prejudice to renewal.

Respectfully submitted,

Dated:  August 11, 2021

*/s/  Jennifer Bush Hawkins*
Jennifer Bush Hawkins (13064)
POTTS-DUPRE, HAWKINS & KRAMER, CHTD.
900 7th Street NW, Suite 1020
Washington, DC 20001
Phone: 202-223-0888
jhawkins@phk-law.com

*Attorney for Plaintiffs Trustees of the National Electrical Annuity Plan*